# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| GARY LENION MCDONALD,<br>    Movant, | ) <br> ) | |
| v. | ) | Case No. CV616-099 |
| | ) |             CR612-005 |
| UNITED STATES OF AMERICA,<br>    Respondent. | ) <br> ) | |

## ORDER

Let a copy of this Report and Recommendation be served upon counsel for the parties. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than September 13, 2016. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable J. Randal Hall, United States District Judge, on September 14, 2016. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, <u>Nettles v. Wainwright</u>, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this __30th__ day of August, 2016.

                                                                              UNITED STATES MAGISTRATE JUDGE
                                                                              SOUTHERN DISTRICT OF GEORGIA