IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA     \*
                             \*
      v.                   \*       CR 612-005-03
                             \*
GARY LENION MCDONALD     \*

---

**O R D E R**

---

On July 26, 2012, Defendant Gary Lenion McDonald pleaded
guilty to conspiracy to kidnap in violation of 18 U.S.C. §
1201(c).  He was sentenced to serve 240 months imprisonment.

Presently, Defendant has filed a motion to reduce his
sentence under 18 U.S.C. § 3582(c)(2) based upon the United
States Sentencing Commission's "Newly Amended [U.S.S.G. §]
3B1.1."  (Doc. 257, at 1.)  Presumably, Defendant is
referencing Amendment 794 to the United States Sentencing
Guidelines, which sets out new guidelines for the
determination of whether a defendant should be granted a
mitigating role reduction under U.S.S.G. § 3B1.2.

Section 3582(c)(2) allows a court to modify an imposed
term of imprisonment if a defendant's sentencing range has
been subsequently lowered by the Sentencing Commission.
However, this provision is only triggered by an amendment
listed in U.S.S.G. § 1B1.10(d).  ("In determining whether, and

to what extent, a reduction in the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) . . . is warranted, . . . the court shall substitute **only** the amendments listed in subsection (d) . . . and shall leave all other guideline application decisions unaffected" (emphasis added).). Amendment 794 is not a listed amendment in U.S.S.G. § 1B1.10(d).[1] Consequently, even assuming Defendant's conduct would otherwise qualify him for a "minor role" reduction, Amendment 794 is not available to him retroactively in the post-conviction context.

Upon the foregoing, Defendant's motion to reduce sentence (doc. 257) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _20th_ day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]     Indeed, the Sentencing Commission stated that Amendment 794 is intended only as a clarifying amendment. U.S.S.G. App. C, Amend. 794 (Reason for Amend.) ("This amendment provides additional guidance to sentencing courts in determining whether a mitigating role adjustment applies.").