IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR 612-005-03 |
| GARY LENION MCDONALD | * | |

**ORDER**

On September 20, 2016, this Court denied Defendant's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 794 to the United States Sentencing Guidelines, which sets out new guidelines for the determination of whether a defendant should be granted a mitigating role reduction under U.S.S.G. § 3B1.2. On October 11, 2016, Defendant filed a "Motion for Minor Role Reduction." Perhaps Defendant did not have the benefit of the Court's ruling when the instant motion was filed. In any event, the Court explained in its Order of September 20, 2016, that Amendment 794 is not available to Defendant retroactively in the post-conviction context. For this reason, and as explained previously, Defendant's motion for a minor role reduction (doc. 261) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this \_\_\_14th\_\_\_ day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA